IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No: 4:19-CR-00510-BSM |
| | ) | |
| v. | ) | **FILED UNDER SEAL** |
| | ) | |
| MARKELL DEAMNE HOPKINS | ) | |

**MOTION TO REVOKE PRETRIAL RELEASE**

Comes now the United States of America by and through Cody Hiland, United States Attorney for the Eastern District of Arkansas and Edward O. Walker, Assistant United States Attorney for said District and states the following:

1. On October 4, 2019, the defendant was released on bond if he agreed to follow certain conditions by the Honorable United States Magistrate J. Thomas Ray. These conditions included the defendant must not violate federal, state or local law while on release, not possess a firearm, destructive device, or other weapon, and not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medial practitioner. On February 12, 2020, the defendant's conditions were modified to change his curfew to 11:00 p.m. to 7:00 a.m., and authorize the pretrial services office or supervising officer to further modify the curfew requirement so as not to interfere with Mr. Hopkins work schedule or other approved activities. Jury trial is set for July 13, 2020 before the Honorable Brian S. Miller.

2. On March 18, 2020, the defendant violated the conditions of his bond as evidenced by his arrest on April 10, 2020, for the offenses of Possession of Cocaine with Intent to Deliver, Possession of Marijuana with Intent to Deliver, Maintaining a Drug Premises, Possession of Drug Paraphernalia, and Simultaneous Possession of Drugs and Firearms, as

documented in Little Rock Police Department's Arrest Report No. 2020-041058. The criminal case is still pending (Case No. LRWX-20-219), and a hearing is scheduled on June 9, 2020, in Little Rock District Court.

**THEREFORE**, for the reasons set forth in the petition, the United States respectfully requests that an arrest warrant be issued under seal and that a hearing be held at which time the defendant should be required to show cause why his pretrial release should not be revoked. The United States requests that the warrant be sealed for the safety of officers executing the warrant.

Respectfully submitted,

CODY HILAND
United States Attorney

BY: EDWARD O. WALKER
Assistant U. S. Attorney
Bar No. 2000076
P. O. Box 1229
Little Rock, Arkansas 72203
501-340-2600
Edward.O.Walker@usdoj.gov